1  **SAO**
   JOHN R. McMILLAN, ESQ.
2  Nevada Bar No. 00925
   jrm@flangasmcmillan.com
3  JESSICA K. PETERSON, ESQ.
   Nevada Bar No. 10670
4  jkp@flangasmcmillan.com
   **FLANGAS MCMILLAN LAW GROUP**
5  3275 South Jones Blvd., Suite 105
   Las Vegas, Nevada 89146
6  Telephone: (702) 307-9500
   Facsimile: (702) 382- 9452
7  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PARIS G. AREY, BOUARI CLINIC OF ALABAMA, LLC, BABISCO, INC., RITA AND PARIS AREY IRREVOCABLE TRUST, CHUCK CHIONUMA, APEX CLINICS, LLC, OVERLAND CLINICS, INC., BRUCE MILLS, PAM MILLS, BENTLYE BEAUTY LLC, EDEN BC LLC, WENDY THOMPSON DIFULCO, CHARLES ANTHONY DIFULCO, JR., WENTON CORP., LLC, DIFCO, LLC, DOUG CHRUMA, KIM CHRUMA, DKENTERPRISES, L.L.C., DANIEL NETTLES, JENNIFER NETTLES, NETTLES WEST, LLC d/b/a BOUARI CLINIC OF HARVEY, KAREN SIGUR, PATRICK SIGUR, JR., and A NEW WEIGH OF LOUISIANA, LLC,<br><br>Plaintiffs,<br>v.<br><br>BOUARI INTERNATIONAL FRANCHISE, LLC, A NEW ME LC, A NEW ME BUSINESS, LLC, BOUARI'S CLOSET, L.L.C., THE JAGE TRUST, JOHN DOE, TRUSTEE, EMILE E. BOUARI, CAROL ANN CHANEY, FRANCHISE GROWTH SYSTEMS, INC., DAN OLSEN, MATT OLSEN, DAVID YOCHES, KEVIN ROMNEY, LOU GERBER, and JIM RAUBOLT<br><br>Defendants. | CASE NO.: 2:13-cv-01372<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER EMILE E. BOUARI'S MOTION TO DISQUALIFY** |

It is hereby STIPULATED AND AGREED by and between Plaintiffs, by and through their attorneys of record John R. McMillan, Esq. and Jessica K. Peterson, Esq., of the Flangas McMillan Law Group and Defendants by and through their council of record, Hector Carbajal II,

Esq. and Daniel R. McNutt, Esq. of Carbajal and McNutt, LLP, that the current deadline to respond to Defendant, Emile Bouari's MOTION TO DISQUALIFY THE LAW FIRMS OF W. MICHAEL GARNER, P.A. AND THE FLANGAS MCMILLAN LAW GROUP FROM REPRESENTING PLAINTIFFS, be extended from December 2, 2013 to December 6, 2013

DATED this 27th day of November, 2013.

| **CARBAJAL & MCNUTT** | **FLANGAS MCMILLAN LAW GROUP** |
|---|---|
| /s/ Hector Carbohal II, Esq.<br>HECTOR J. CARBAJAL II, ESQ.<br>Nevada Bar No. 6247<br>DANIEL R. MCNUTT, ESQ.<br>Nevada Bar No. 7815<br>625 S. Eighth Street<br>Las Vegas, NV 89101<br>Telephone: (702) 384-1170<br>Facsimile: (702) 384-5529<br>drm@cmlawnv.com<br>hjc@cmlawnv.com<br>Attorneys for Defendant | /s/John R. McMillan, Esq.<br>JOHN R. McMILLAN, ESQ.<br>Nevada Bar No. 00925<br>jrm@flangasmcmillan.com<br>JESSICA K. PETERSON, ESQ.<br>Nevada Bar No. 10670<br>jkp@flangasmcmillan.com<br>3275 South Jones Boulevard, Suite 105<br>Las Vegas, Nevada 89146<br>Telephone: (702) 307-9500<br>Facsimile: (702) 382- 9452<br>Attorneys for Plaintiffs |

**ORDER**

**IT IS SO ORDERED**

DATED this 2nd day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared & Submitted by:

**FLANGAS MCMILLAN LAW GROUP**

  /s/John R. McMillan, Esq.
JOHN R. McMILLAN, ESQ.
Nevada Bar No. 00925
jrm@flangasmcmillan.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
jkp@flangasmcmillan.com
**FLANGAS MCMILLAN LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382- 9452
*Attorneys for Plaintiff*s