# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PARIS G. AREY, *et al.*,

        Plaintiffs,

vs.

BOUARI INTERNATIONAL FRANCHISE, LLC, *et al.*,

        Defendants.

Case No. 2:13-cv-01372-APG-GWF

**ORDER**

    This matter is before the Court on the law firm Flangas McMillan Law Group, Inc.'s Motion to Withdraw as Counsel for Plaintiffs (#75) filed April 8, 2014. The Court conducted a hearing in this matter on April 24, 2014. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

    **IT IS HEREBY ORDERED** that Flangas McMillan Law Group, Inc.'s Motion to Withdraw as Counsel for Plaintiffs (#75) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk shall add the last known addresses and contact information of Plaintiffs to the civil docket as follows:

    Paris Arey
    400 Whitesport Drive, Suite 101
    Huntsville, AL 35801
    256-655-1280

    Bruce Mills
    4901 Park Drive North
    Metairie, LA 70001-3236
    504-888-4565

. . .

Pam Mills
4901 Park Drive North
Metairie, LA 70001-3236
504-888-4565

Wendy DiFulco
4621 Napoleon Avenue
Suite 209
Metairie, LA 70001
504-373-8246

Charles DiFulco, Jr.
4621 Napoleon Avenue
Suite 209
Metairie, LA 70001
504-373-8246

Doug Chruma
2193 Nixon Drive
Houma, LA 70363
985-855-2676

Kim Chruma
2193 Nixon Drive
Houma, LA 70363
985-855-2676

Daniel Nettles
1901 Manhattan Boulevard
Suite B103
Harvey, LA 70058
504-322-4720

Jennifer Nettles
1901 Manhattan Boulevard
Suite B103
Harvey, LA 70058
504-322-4720

Karen Sigur
17534 Old Jefferson Hwy
Suite B2
Prairieville, LA 70769
225-715-7858

Patrick Sigur, Jr.
17534 Old Jefferson Hwy
Suite B2
Prairieville, LA 70769
225-715-7858

Chuck Chionuma
3311 Saddle Ridge Court
Independence, MO 64057
816-421-5544

| | |
|---|---|
| 1 | Bouari Clinic of Alabama, LLC |
| | 100 Oxmoore Road, Suite 110 |
| 2 | Birmingham, AL 35209 |
| 3 | Babisco, Inc. |
| | 111 Calhoun Street NE |
| 4 | Huntsville, AL 35801 |
| 5 | Rita and Paris Arey Irrevocable Trust |
| | 400 Whitesport Drive, Suite 101 |
| 6 | Huntsville, AL 35801 |
| | 256-655-1280 |
| 7 | |
| | Apex Clinics, LLC |
| 8 | c/o Elliot R. Ginsburg, Esq. |
| | W. Michael Garner, Esq. |
| 9 | W. Michael Garner, P.A. |
| | 222 S. 9th Street, Ste. 2930 |
| 10 | Minneapolis, MN 55402 |
| 11 | Overland Clinics, Inc. |
| | c/o Elliot R. Ginsburg, Esq. |
| 12 | W. Michael Garner, Esq. |
| | W. Michael Garner, P.A. |
| 13 | 222 S. 9th Street, Ste. 2930 |
| | Minneapolis, MN 55402 |
| 14 | |
| | Bentlye Beauty LLC |
| 15 | c/o Nicole R. Mills |
| | 1108 Field Avenue |
| 16 | Metairie, LA 70001 |
| 17 | Eden BC, LLC |
| | c/o Elliot R. Ginsburg, Esq. |
| 18 | W. Michael Garner, Esq. |
| | W. Michael Garner, P.A. |
| 19 | 222 S. 9th Street, Ste. 2930 |
| | Minneapolis, MN 55402 |
| 20 | |
| | Wenton Corp., LLC |
| 21 | 4621 Napoleon Avenue, Suite 209 |
| | Metairie, LA 70001 |
| 22 | 504-373-8246 |
| 23 | Difco, LLC |
| | 4621 Napoleon Avenue, Suite 209 |
| 24 | Metairie, LA 70001 |
| | 504-373-8246 |
| 25 | |
| | DK Enterprises, LLC |
| 26 | 2193 Nixon Drive |
| | Houma, LA  70363 |
| 27 | 985-855-2676 |
| 28 | . . . |

```
Nettles West, LLC
d/b/a Bouari Clinic of Harvey
1901 Manhattan Blvd., Suite B103
Harvey, LA 70058
504-322-4720

A New Weigh of Louisiana, LLC
c/o Patrick Sigur, Jr.
17534 Old Jefferson Highway
Suite B2
Prairieville, LA 70769
225-715-7858
```

**IT IS FURTHER ORDERED** that henceforth Plaintiffs shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiffs shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the Defendants.  The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

**IT IS FURTHER ORDERED** that Plaintiffs Bouari Clinic of Alabama, LLC, Babisco, Inc., Rita and Paris Arey Irrevocable trust, Apex Clinics, LLC, Overland Clinics, Inc., Bentlye Beauty LLC, Eden BC, LLC, Wenton Corp., LLC, Difco, LLC, DK Enterprises, LLC, Nettles West, LLC, and A New Weigh of Louisiana, LLC shall have until **May 8, 2014** to retain new counsel.  A corporation or limited liability company may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  If Plaintiff corporations or limited liability companies intend to continue to prosecute this matter, they are required to obtain legal counsel.

DATED this 24th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge