AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Paris G Arey, et al

Plaintiffs,

V.

Bouari International Franchise, LLC,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-01372-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS HEREBY ORDERED that the motion for default judgment is GRANTED IN PART. Default Judgment shall be entered in favor of each of the plaintiffs and against defendants Bouari International Franchise, LLC; A New Me, LC; A New Me Business, LLC; Bouari's Closet, LLC; Carol Ann Chaney; and Franchise Growth Systems, Inc., jointly and severally, as follows:
1. Paris G. Arey, Babisco, Inc., Bouari Clinic of Alabama, LLC, and the Rita and Paris Arey Revocable Trust are awarded $204,000 in damages plus $408,000 in punitive damages for a total award of $612,000.
2. Chuck Chionuma, Apex Clinics, LLC, and Overland Clinics, Inc. are awarded $230,000 in damages plus $460,000 in punitive damages for a total award of $690,000.
3. Bruce Mills, Pam Mills, Bentlye Beauty, LLC, and Eden BC, LLC are awarded $420,000 in damages plus $840,000 in punitive damages for a total award of $1,260,000.
4. Wendy Thompson DiFulco, Charles Anthony DiFulco, Wenton Corp., LLC, and Difco, LLC are awarded $476,000 in damages plus $952,000 in punitive damages for a total award of $1,428,000.
5. Karen Sigur, Pat Sigur, and A New Weigh of Louisiana, LLC are awarded $151,700 in damages plus $303,400 in punitive damages for a total award of $455,100.
6. Kim Chruma, Doug Chruma, and DKENTERPRISES, LLC are awarded $337,131.66 in damages plus $674,263.32 in punitive damages for a total award of $1,011,394.98.
7. Jennifer Nettles, Daniel Nettles, and Nettles West, LLC d/b/a Bouari Clinic of Harvey are awarded $400,000 in damages plus $800,000 in punitive damages for a total award of $1,200,000.

01/22/2016

Date

/s/ Lance S. Wilson

Clerk

/s/ NEV

(By) Deputy Clerk