# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PARIS G. AREY, et al.,<br>                    Plaintiffs,<br>v.<br>BOUARI INTERNATIONAL FRANCHISE, LLC, et al.,<br>                    Defendants. | Case No. 2:13-cv-1372-APG-GWF<br><br>**ORDER FOR STATUS REPORT** |

The parties shall file a status report on what, if anything, remains of this case on or before April 15, 2016. If no report is filed by that date, this case will be closed.

Dated: April 1, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE