**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

PARIS G. AREY, et al.,

                     Plaintiffs,

      v.

BOUARI INTERNATIONAL FRANCHISE, LLC, et al.,

                     Defendants.

Case No. 2:13-cv-1372-APG-GWF

**ORDER FOR STATUS REPORT**

I previously directed the parties to file a status report on what, if anything, remains of this case on or before April 15, 2016.  The plaintiffs responded by stating that the court had "awarded default judgment against defendants pursuant to Document Numbers 98 and 99." ECF No. 101 at 1.  However, default judgment was entered only against defendants Bouari International Franchise, LLC; A New Me, LC; A New Me Business, LLC; Bouari's Closet, LLC; Carol Ann Chaney; and Franchise Growth Systems, Inc. ECF Nos. 98 & 99.

IT IS THEREFORE ORDERED that the parties shall file a status report regarding the remaining defendants (The Jage Trust, Dan Olsen, and Matt Olsen) on or before April 29, 2016.

Dated:  April 18, 2016.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE