**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| PARIS G. AREY, et al., | Case No. 2:13-cv-1372-APG-GWF |
| --- | --- |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| BOUARI INTERNATIONAL FRANCHISE, LLC, et al., | |
| Defendants. | |

I previously directed the parties to file a status report on what, if anything, remains of this case on or before April 15, 2016. The plaintiffs responded by stating that the court had "awarded default judgment against defendants pursuant to Document Numbers 98 and 99." ECF No. 101 at 1. However, default judgment was entered only against defendants Bouari International Franchise, LLC; A New Me, LC; A New Me Business, LLC; Bouari's Closet, LLC; Carol Ann Chaney; and Franchise Growth Systems, Inc. ECF Nos. 98 & 99. I therefore directed the parties to file a status report regarding the remaining defendants (The Jage Trust, Dan Olsen, and Matt Olsen). ECF No. 102.

The plaintiffs respond by requesting a "minimal extension of time . . . before this case is closed." ECF No. 103. However, the plaintiffs do not state what the extension is for, how long they request, and why an extension is warranted. All relevant deadlines passed over a year ago. *See* ECF No. 42. I therefore deny the extension and dismiss without prejudice the plaintiffs' claims against defendants The Jage Trust, Dan Olsen, and Matt Olsen because the plaintiffs never properly served them. *See* ECF No. 97.

IT IS THEREFORE ORDERED that the plaintiffs' claims against defendants The Jage Trust, Dan Olsen, and Matt Olsen are DISMISSED without prejudice. The clerk of court is directed to close this case.

Dated: June 3, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE